UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
                                          )     Case No. 22-03389-EG
MURDEN CONSTRUCTION, LLC                  )     Chapter 7
                                          )
                                          )     **CONSENT ORDER FOR 2004**
                            Debtor(s).    )     **EXAMINATION**
                                          )

  IT IS ORDERED that,  Andrew Quinton Murden  submit to examination of the affairs of Murden Construction, LLC pursuant to Bankruptcy Rule 2004 at the office of the Chapter 7 Trustee, Kevin Campbell, located at 890 Johnnie Dodds Boulevard, Mount Pleasant, SC 29464, on the 17th day of February, 2023 at 10:00 o'clock A .M.

  AND IT IS SO ORDERED.

WE CONSENT:

/s/ Richard W. Steadman, Jr.
Richard W. Steadman, Jr 4284
Steadman Law Firm, PA
6296 Rivers Ave, Ste 102
Charleston, SC 29406
Tel. No. (843)529-1100
rsteadman@steadmanlawfirm.com


/s/ Kevin Campbell, Ch 7 Trustee
Kevin Campbell, Chapter 7 Trustee 0030
P.O. Box 684
Mount Pleasant, SC 29465
Tel. No. (843) 884-6874
Fax No. (843) 884-0997
kcampbell@campbell-law-firm.com