**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 22−03389−eg  　　　　　　　　　　　　　　　　Chapter: 7

**In re:**
Murden Construction, LLC

**NOTICE TO FILE PROOF OF
CLAIM DUE TO RECOVERY OF ASSETS**

| Filed By The Court |
| --- |
| **02/17/23**<br>L. Jefferson Davis, IV<br>Clerk of Court<br>US Bankruptcy Court |

NOTICE IS GIVEN THAT:

The initial notice in this case advised creditors that is was not necessary to file a proof of claim. However, since that notice was sent, assets have been recovered by the trustee. Therefore, creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court within the timeframes outlined below:

| For all creditors (except a Governmental Unit): | For a Governmental Unit: |
| --- | --- |
| **90 days after the *mailing* of this notice.** | **180 days after the order for relief, or 90 days after the *mailing* of this notice, whichever is later.** |

Creditors who fail to file a proof of claim within the above timeframes may miss the opportunity to share in any distribution from the debtor's estate.

A proof of claim form may be filed electronically through the court's electronic proof of claim system (ePOC) found on the court's website at **www.scb.uscourts.gov/epoc**. A proof of claim form may also be filed by mailing a completed paper form to the attention of the Claims Clerk at the United States Bankruptcy Court, 1100 Laurel Street, Columbia, SC 29201. There is no filing fee for filing a proof of claim. **Any creditor who has already filed a proof of claim need not file another proof of claim.**

L. Jefferson Davis, IV
Clerk of Court
United States Bankruptcy Court

By:  S Montgomery, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436