**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 22−03389−eg            Chapter: 7

**In re:**

Murden Construction, LLC

**NOTICE TO FILE PROOF OF**
**CLAIM DUE TO RECOVERY OF ASSETS**

| **Filed By The Court** |
| --- |
| **02/17/23** |
| L. Jefferson Davis, IV |
| Clerk of Court |
| US Bankruptcy Court |

NOTICE IS GIVEN THAT:

The initial notice in this case advised creditors that is was not necessary to file a proof of claim. However, since that notice was sent, assets have been recovered by the trustee. Therefore, creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court within the timeframes outlined below:

For all creditors (except a Governmental Unit):
**90 days after the *mailing* of this notice.**

For a Governmental Unit:
**180 days after the order for relief, or 90 days after the *mailing* of this notice, whichever is later.**

Creditors who fail to file a proof of claim within the above timeframes may miss the opportunity to share in any distribution from the debtor's estate.

A proof of claim form may be filed electronically through the court's electronic proof of claim system (ePOC) found on the court's website at **www.scb.uscourts.gov/epoc**. A proof of claim form may also be filed by mailing a completed paper form to the attention of the Claims Clerk at the United States Bankruptcy Court, 1100 Laurel Street, Columbia, SC 29201. There is no filing fee for filing a proof of claim. **Any creditor who has already filed a proof of claim need not file another proof of claim.**

L. Jefferson Davis, IV
Clerk of Court
United States Bankruptcy Court

By:  S Montgomery, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436

United States Bankruptcy Court

District of South Carolina

In re: Case No. 22-03389-eg

Murden Construction, LLC  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0420-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 159BNC | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Murden Construction, LLC, 846 Dupont Road, Suite E, Charleston, SC 29407-1720 |
| 544176675 | + | 1-800 Got Junk, 4236 Pace Street, North Charleston SC 29405-7454 |
| 544176676 | + | A Ramos Masonry LLC, 647 Dutch Fork Dr, Ladson SC 29456-3596 |
| 544176677 | + | Aaron Galloway, 1337 Founders Way, Mount Pleasant SC 29464-3994 |
| 544176678 | + | Access Portable Toilets, Inc, 3753 Ashley Phosphate Rd, North Charleston SC 29418-8502 |
| 544176679 | + | Allegood Electric LLC, 1800 William Kennerty Drive Unit 6-L, Charleston SC 29407-2912 |
| 544176680 | #+ | Alpha Home Design & Consulting LLC, 2645 Doubletree Ct, Charleston SC 29414-5183 |
| 544176681 | + | Barb Kurrent-Byrum, 2029 Kemmerlin Street, Johns Island SC 29455-8294 |
| 544176682 | | Buck Lumber, 1911 Maybank Hwy, Charleston SC 29412-2115 |
| 544176683 | # | Carolina Waste & Recycling, LLC, 4285 Pace St, North Charleston SC 29405-7463 |
| 544176684 | + | Cesar Eduardo Gaona, 1004 Red Bank Road LotG13, Goose Creek SC 29445-4565 |
| 544176685 | + | Chase and Meghan Bruch, 349 Canterbury Road, Charleston SC 29407-7717 |
| 544176686 | + | Complete HVAC, 3806 Ladson Rd, Ladson SC 29456-4307 |
| 544176687 | + | Dan McCurry, 417 Wedgewood Street, Charleston SC 29407-6947 |
| 544176688 | + | Daphne Woods, 505 Wappoo Road, Charleston SC 29407-6201 |
| 544176689 | + | East Coast Heating and Air, 4407 Great Oak Dr, North Charleston SC 29418-5016 |
| 544176690 | + | Eric George, 630 Windermere Blvd Unit B, Charleston SC 29407-8403 |
| 544176692 | + | Erica Garriss, 20 Cedar Street, Charleston SC 29403-4226 |
| 544176691 | + | Erica Garriss, 6 Brisbane Drive, Charleston SC 29407-3419 |
| 544176693 | + | Fondren Engineering, LLC, 559 Fondren Pl, Moncks Corner SC 29461-4841 |
| 544176694 | + | Gwen Dubert, 7226 Toogoodoo Road, Hollywood SC 29449-6006 |
| 544176695 | + | Jackie Raispis, 304 Magnolia Road, Charleston SC 29407-7060 |
| 544176696 | + | Jeff Kennedy, 1167 Sherwood Street, North Charleston SC 29405-4346 |
| 544176697 | + | Joni Hanckel, 1 Coburg Road, Charleston SC 29407-7305 |
| 544176698 | + | Jose Hernandez, 4700 Brassy Circle Lot 44, North Charleston SC 29418-3423 |
| 544176699 | + | Julie Ann Buelk, 1227 South Blvd, North Charleston SC 29405-5264 |
| 544176700 | + | Kae Clarke, 31 Hanover Street, Charleston SC 29403-6713 |
| 544176701 | + | Katie Jackson, 313 Tall Oak Avenue, Charleston SC 29407-6772 |
| 544176702 | + | Kris Tellado, 1451 Cambridge Lakes Drive, Mount Pleasant SC 29464-7301 |
| 544176703 | + | Laura Reuss, 203 Cynthia Lane, Charleston SC 29407-7607 |
| 544176704 | + | Lee Weatherwax, 6025 Fieldstone Circle, Charleston SC 29414-7589 |
| 544176705 | + | Logan Steiner, 302 Magnolia Road, Charleston SC 29407-7060 |
| 544176706 | + | Lowcountry Loads LLC, 102 Jackson Street, Summerville SC 29483-6216 |
| 544176707 | + | Maria Sampaio, 4429 Francis Yonge Way, Hollywood SC 29449-5822 |
| 544176708 | + | Marka Rodgers, 2107 Welch Avenue, Charleston SC 29412-2325 |
| 544176709 | + | Martha McNeil, 4377 Stoney Point Court, North Charleston SC 29405-6880 |
| 544176710 | + | Melanie Besson, 935 Lansing Drive, Mount Pleasant SC 29464-2915 |
| 544176711 | | Melcer Tile, 444 Melcer Road, North Charleston SC 29405 |
| 544176712 | + | Melissa Bernhardt, 1227 Marvin Avenue, Charleston SC 29407-5336 |
| 544176713 | + | Missy McKoy, 2474 Brigger Hill Road, Wadmalaw Island SC 29487-6835 |
| 544176714 | + | My Plumber LLC, 218 Lazy Acres Loop, Summerville SC 29483-9370 |
| 544176715 | + | Polly Cooley, 10 Water Street, Charleston SC 29401-2710 |
| 544176716 | + | Reggie Guigui, 2624 Coral Vine Court, Mount Pleasant SC 29464-7439 |
| 544176717 | + | Robert Strojny Construction Services LLC, 632 Highwood Circle, Charleston SC 29412-9005 |
| 544176718 | + | Robin Farmer, 1120 Yeamans Hall Road, Hanahan SC 29410-2752 |

Case 22-03389-eg    Doc 16    Filed 02/19/23    Entered 02/20/23 00:17:20    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0420-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 159BNC | Total Noticed: 61 |

| | | |
|---|---|---|
| 544176719 | + | Rod Contractors LLC, 214 Jackson St, Goose Creek SC 29445-4700 |
| 544176720 | + | Rover Saucedo, 5621 Garrett Ave, North Charleston SC 29406-3304 |
| 544176721 | + | Sanchez Concrete, 167 Family Circle, Dorchester SC 29437-2800 |
| 544176722 | + | Screenmobile of Charleston, 1000 Johnnie Dodds Blvd, Ste 103-315, Mount Pleasant SC 29464-3135 |
| 544176723 | + | Shelia Wagner, 747 Ponderosa Drive, Charleston SC 29414-5139 |
| 544176724 | + | Sherwin Williams, 1812 Sam Rittenberg Blvd, Suite 24, Charleston SC 29407-4868 |
| 544176725 | + | Sid Dudley, 413 Wedgewood Street, Charleston SC 29407-6947 |
| 544176726 | + | Southern Accents of Charleston, 516 Evening Shade Dr, Moncks Corner SC 29461-7460 |
| 544176727 | + | Steven Miras, 71 Shadowmoss Parkway, Charleston SC 29414-6922 |
| 544176728 | + | Surety Bonds Direct, 4900 O'Hear Ave Ste 206, North Charleston SC 29405-5082 |
| 544176729 | + | Top Contractors, 301 Reynard Dr, Goose Creek SC 29445-2771 |
| 544176730 | + | Tripp Wulbern, 952 Godber Street, Charleston SC 29412-5065 |
| 544176731 | + | Universal Marble and Granite Inc., 7265 Peppermill Parkway, North Charleston SC 29418-7402 |
| 544176732 | + | Virginia Friedman, 25 Manchester Road, Charleston SC 29407-3312 |
| 544176733 | + | Western Surety Company, 101 S Phillips Ave, Sioux Falls, SD 57104-6735 |

TOTAL: 60

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QKCAMPBELL.COM | Feb 18 2023 02:09:00 | Kevin Campbell, PO Box 684, Mount Pleasant, SC 29465-0684 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kevin Campbell | kcampbell@campbell-law-firm.com  kcampbell@ecf.axosfs.com |
| Michael H. Conrady | on behalf of Trustee Kevin Campbell mconrady@campbell-law-firm.com  cshiner@campbell-law-firm.com |
| Richard A. Steadman, Jr. | on behalf of Debtor Murden Construction LLC rsteadman@steadmanlawfirm.com, cemory@steadmanlawfirm.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

District/off: 0420-2 User: admin Page 3 of 3
Date Rcvd: Feb 17, 2023 Form ID: 159BNC Total Noticed: 61
TOTAL: 4